STATE OF CONNECTICUT *v.* JOSEPH D. ASSUNTINO
ET AL.

The "Motion by Defendant-In-Error, Ronald Baia, for Addition to the Printed Record," dated December 28, 1977, is granted by the court.

*Jerrold H. Barnett,* public defender, in support of the motion.

Submitted January 3—decided February 2, 1978

The "Motion by Defendants-In-Error, Joseph Assuntino, John Computaro, Felix Compo, Albert DiGrazia, William Murphy, Jr., Anthony Longobardi and Nicholas Carrano, for Addition to the Printed Record," dated January 6, 1978, is granted by the court.

*Howard A. Jacobs,* in support of the motion.

Submitted January 10—decided February 2, 1978

The "Motion by Defendant-In-Error, Edward Compo, for Addition to the Printed Record," dated January 11, 1978, is granted by the court.

*Anthony J. Lasala,* in support of the motion.

Submitted January 13—decided February 2, 1978

SONIA IOANNOU *v.* BASIL IOANNOU

The plaintiff's motion for a review of the trial court's order for a termination of the stay of execution in the appeal from the Superior Court in New Haven County is dismissed by the court.

*Benjamin M. Chapnick,* in support of the motion.